HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

FILED

MAY 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____CV
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| UNITED STATES OF AMERICA, | ) 1:19-mj-00103-BAM |
|---|---|
| Plaintiff, | ) APPLICATION AND [PROPOSED] *for* |
| v. | ) ORDER APPOINTING COUNSEL |
| MARIA MUNOZ, | ) |
| Defendant. | ) |

Target, Maria Munoz, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Ms. Munoz submits the attached Financial Affidavit as evidence of her inability to retain counsel. Also attached is a copy of a target letter, dated April 18, 2019, received from the U.S. Attorney's Office regarding receipt of information from the United States Department of Agriculture, Office of the Inspector General, and the Federal Bureau of Investigation which indicates that Ms. Munoz has committed one or more of the following criminal offenses during her employment with El Ranchito Bakery:

7 USC § 2024(b) ~ Unauthorized Use, Transfer, Acquisition, Possession - USDA SNAP Benefits;

18 USC § 641 ~ Theft of Government Funds; and/or,

18 USC § 1343 ~ Wire Fraud.

//

/

Therefore, after reviewing her Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Ms. Munoz in advance of the target deadline set forth of June 10, 2019.

Dated: May 9, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that Ms. Munoz is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 13, 2019

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

McGregor W. Scott
United States Attorney

| 2500 Tulare Street, Suite 4401 | Phone 559/ 497-4000 |
| Fresno, CA 93721 | Fax 559/ 497-4099 |
| | TTD 559/ 497-4500 |

April 18, 2019

VIA HAND DELIVERY

Maria Munoz
1862 Mayfair Drive East
Fresno, California 93703

Re: El Ranchito Bakery

Dear Ms. Munoz:

This office has received from the United States Department of Agriculture (USDA), Office of Inspector General, and the Federal Bureau of Investigation information which indicates that you have committed one or more of the following criminal offenses during the time of your employment with El Ranchito Bakery: Unauthorized Use, Transfer, Acquisition, or Possession of USDA SNAP Benefits (7 U.S.C. § 2024(b)); Theft of Government Funds (18 U.S.C. § 641); and/or Wire Fraud (18 U.S.C. § 1343). I have reviewed this information and have determined that there is sufficient evidence to prove that you have committed one or more of these crimes.

Ordinarily, this office would proceed by presenting the evidence to a Federal Grand Jury, and asking that body to return an Indictment against you. If an Indictment was returned, you would then be required to appear in court pursuant to a summons or a warrant for your arrest. In an attempt to expedite proceedings, I am writing to advise you as to the status of this matter, and to invite you to discuss a disposition of this case.

I suggest that you have your lawyer contact me as soon as practicable. If you cannot afford a lawyer, or do not have one, the you should contact the Office of the Federal Defender, located at 2300 Tulare St., Suite 330, Fresno, California 93721, telephone number (559) 487-5561.

///

///

///

///

///

///

If I do not hear from you by June 10, 2019, I will assume that you do not wish to discuss a disposition of this case.

                Sincerely,

                McGREGOR W. SCOTT
                United States Attorney

By:  /s/ Laura D. Withers
      LAURA D. WITHERS
      Assistant United States Attorney

cc: Erika Marin, Special Agent, USDA-OIG
Deanna Goodman, Special Agent, FBI
Frances Robles, Office of the Federal Defender